UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY MORGAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:25-cv-00533 ) |
| BERNER FOOD & BEVERAGE, LLC and BERNER FOODS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendants, Berner Food & Beverage, LLC and Berner Foods, Inc. (collectively, "Defendants"), by counsel, file this *Notice of Removal* to remove the above-captioned case to this Court. Defendants, appearing only to effect removal, and preserving all available defenses, state:

### VENUE

1. On February 12, 2025, Plaintiff Tammy Morgan ("Plaintiff") filed her Complaint for Damages (the "Complaint") against Defendants in the Marion County Circuit Court, Indiana, under Case Number 49C01-2502-CT-007134 (the "State Court Action").

2. Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces Marion County, Indiana, where the State Court Action is pending.

### REMOVAL IS TIMELY

3. Less than thirty (30) days ago, on February 18, 2025, Defendants were served with a Summons and Plaintiff's Complaint.

4. On February 26, 2025, Defendants filed their Motion for Enlargement of Time which requested an enlargement up to and including April 12, 2025, to respond to Plaintiff's Complaint, and the Court granted Defendants' Motion that next day.

5. There have been no other proceedings in the State Court Action.

6. Thus, Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION EXISTS

7. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Plaintiff Tammy Morgan is a citizen of Indiana.

9. Berner Food & Beverage LLC is a citizen of Illinois because it is a limited liability company organized under the laws of Delaware with its principal place of business in Illinois. Berner Food & Beverage LLC has one member: Berner Intermediate Holdings, LLC.

10. Berner Intermediate Holdings, LLC is a citizen of Illinois because it is a limited liability company organized under the laws of Delaware with its principal place of business in Illinois. Berner Intermediate Holdings, LLC has one member: Berner Holdings, LLC.

11. Berner Holdings, LLC is a citizen of Illinois because it is a limited liability company organized under the laws of Delaware with its principal place of business in Illinois. Berner Holdings, LLC has two members: (1) Berner Food and Beverage Holdings, Inc. and (2) Limited Partner Co-Investors.

12. Berner Food and Beverage Holdings, Inc. is a citizen of Illinois and Delaware because it is a corporation incorporated under the laws of Delaware with its principal place of business in Illinois.

13. Berner Foods, Inc. was a citizen of Illinois because it was a company incorporated under the laws of Illinois with its principal place of business in Illinois. It was later merged into Berner Food & Beverage, LLC.

14. There is complete diversity of citizenship between the parties named in this case.

15. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff alleges she has suffered physical injuries, including gastrointestinal complications and back pain, as well as emotional distress and may continue to suffer physical injuries and emotional distress. (Compl. ¶ 19).

   b. Plaintiff also alleges she has undergone medical treatment and has incurred medical expenses, will require additional medical care and future medical expenses. (Compl. ¶ 20).

16. Based upon the injuries and damages alleged, the Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to the Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy with respect to the claims of the Plaintiff exceeds $75,000 exclusive of interest and costs.

17. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

18.     Pursuant to 28 U.S.C. § 1446(a) and S.D. Ind. L.R. 81-2, a copy of the operative Complaint is attached along with the entire state court file which includes the State Court Record as of the date of this Notice of Removal as Exhibit 1.

19.     A copy of this Notice of Removal has been filed in the Marion County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendants Berner Food & Beverage, LLC and Berner Foods, Inc., by counsel, notify this Court of the removal of the State Court Action.

**LEWIS WAGNER LLP**

By: */s/ Barath S. Raman*
BARATH S. RAMAN, #32116-49
AUDREYALICE K. WARNER, #34245-49
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, via the Court's e-filing system this 20th day of March, 2025:

Kyle L. Christie
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, IN 46202
kyle@cflblaw.com
*Counsel for Plaintiff*

             */s/ Barath S. Raman*
             BARATH S. RAMAN


**LEWIS WAGNER, LLP**
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Telephone: (317) 237-0500
Facsimile: (317) 630-2790