UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY MORGAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   CASE NO. 1:25-cv-00533-JMS-MG |
| BERNER FOOD & BEVERAGE, LLC and BERNER FOODS, INC., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REMAND

Defendants, Berner Food & Beverage, LLC, and Berner Foods, Inc., by counsel, having filed their Motion to Remand. And the Court being duly advised, now GRANTS said Motion [11]. The Clerk is hereby directed to REMAND this case to the Circuit Court of Marion County, Indiana.

SO ORDERED.

Date: 4/15/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution**:
All counsel of record